THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS LACY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COMCAST CORPORATION, ONPROCESS TECHNOLOGY, INC., AND COMPLETE RECOVERY CORPORATION,<br><br>　　　　　　　Defendants. | NO. 3:19-cv-05007-RBL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ONPROCESS TECHNOLOGY, INC. AND COMPLETE RECOVERY CORPORATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Douglas Lacy dismisses his claims in this action against Defendants OnProcess Technology, Inc. and Complete Recovery Corporation, without prejudice. This voluntary dismissal does not alter or affect the pendency of Plaintiff's claims against any other Defendant in this litigation.

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ONPROCESS TECHNOLOGY, INC. AND COMPLETE RECOVERY CORPORATION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) - 1
CASE NO. 3:19-CV-05007-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   RESPECTFULLY SUBMITTED AND DATED this 3rd day of June, 2019.

2               TERRELL MARSHALL LAW GROUP PLLC

3

4       By: /s/ Jennifer Rust Murray, WSBA #36983
        Beth E. Terrell, WSBA #26759
5       Email: bterrell@terrellmarshall.com
        Jennifer Rust Murray, WSBA #36983
6       Email: jmurray@terrellmarshall.com
        Adrienne D. McEntee, WSBA #34061
7       Email: amcentee@terrellmarshall.com
        936 North 34th Street, Suite 300
8       Seattle, Washington 98103-8869
        Telephone: (206) 816-6603
9       Facsimile: (206) 319-5450
10

11      Daniel C. Girard, *Admitted Pro Hac Vice*
        Email: dgirard@girardsharp.com
12      Simon S. Grille, *Admitted Pro Hac Vice*
        Email: sgrille@girardsharp.com
13      GIRARD SHARP LLP
14      601 California Street, Suite 1400
        San Francisco, California 94108
15      Telephone: (415) 981-4800
        Facsimile: (415) 981-4846
16

17      *Counsel for Plaintiff and the Proposed Class*

18

19

20

21

22

23

24

25

26

27  NOTICE OF VOLUNTARY DISMISSAL OF
    DEFENDANTS ONPROCESS TECHNOLOGY, INC. AND
    COMPLETE RECOVERY CORPORATION PURSUANT
    TO FED. R. CIV. P. 41(A)(1)(A)(I) - 2
    CASE NO. 3:19-CV-05007-RBL

# CERTIFICATE OF SERVICE

1. I, Jennifer Rust Murray, hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James C. Grant, WSBA #14358
>Email: jamesgrant@dwt.com
>DAVIS WRIGHT TREMAINE LLP
>920 Fifth Avenue, Suite 3300
>Seattle, Washington 98104
>Telephone: (206) 622-3150
>Facsimile: (206) 757-7700
>
>Marshall L. Baker, *Admitted Pro Hac Vice*
>Email: mbaker@akingump.com
>AKIN GUMP STRAUSS HAUER & FELD LLP
>1999 Avenue of the Stars, Suite 600
>Los Angeles, California 90067
>Telephone: (310) 229-1000
>Facsimile: (310) 229-1001
>
>Michael W. McTigue, Jr., *Admitted Pro Hac Vice*
>Email: mmctigue@akingump.com
>Meredith C. Slawe, *Admitted Pro Hac Vice*
>Email: mslawe@akingump.com
>AKIN GUMP STRAUSS HAUER & FELD LLP
>Two Commerce Square, Suite 4100
>2001 Market Street
>Philadelphia, Pennsylvania 19103
>Telephone: (215) 965-1200
>Facsimile: (215) 965-1210
>
>*Attorneys for Defendant Comcast Corporation*

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS ONPROCESS TECHNOLOGY, INC. AND
COMPLETE RECOVERY CORPORATION PURSUANT
TO FED. R. CIV. P. 41(A)(1)(A)(I) - 3
CASE NO. 3:19-CV-05007-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | Marc Rosenberg, WSBA #31034 |
| | Email: mr@leesmart.com |
| 2 | LEE SMART, P.S., INC. |
| | 1800 One Convention Place |
| 3 | 701 Pike Street |
| | Seattle, Washington 98101-3929 |
| 4 | Telephone: (206) 624-7990 |
| | Facsimile: (206) 624-5944 |
| 5 | |
| 6 | *Attorneys for Defendant OnProcess Technology, Inc.* |

2. In addition, I hereby certify that I have mailed by United States Postal Service the forgoing to the following non-CM/ECF participants:

    Paul Rosenthal
    Email: paulrosenthal@kelleydrye.com
    Special Counsel
    KELLEY DRYE & WARREN LLP
    One Jefferson Road, 2nd Floor
    Parsippany, NJ  07054
    Telephone: (973) 503-5943

    *Attorneys for Complete Recovery Corporation*

DATED this 3rd day of June, 2019.

    TERRELL MARSHALL LAW GROUP PLLC

    By: <u>/s/ Jennifer Rust Murray, WSBA #36983</u>
        Jennifer Rust Murray, WSBA #36983
        Email: jmurray@terrellmarshall.com
        936 North 34th Street, Suite 300
        Seattle, Washington 98103
        Telephone: (206) 816-6603
        Facsimile: (206) 319-5450

    *Attorneys for Plaintiff and the Proposed Class*

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS ONPROCESS TECHNOLOGY, INC. AND
COMPLETE RECOVERY CORPORATION PURSUANT
TO FED. R. CIV. P. 41(A)(1)(A)(I) - 4
CASE NO. 3:19-CV-05007-RBL