THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS LACY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>    Defendant. | Case No. 3:19-cv-05007-RSM<br><br>**JOINT STATUS REPORT AND REQUEST TO SUBMIT CASE MANAGEMENT PROPOSAL AND ORDER** |

JOINT STATUS REPORT --

# JOINT STATUS REPORT

Pursuant to LCR 16, Defendant Comcast Cable Communications, LLC and Plaintiff Douglas Lacy ("Plaintiff"), by and through their respective counsel of record, respectfully submit this joint status report in light of the recent reassignment of this action to the Hon. Chief Judge Ricardo S. Martinez.

Just prior to the reassignment of this action, the Court (Leighton, J.) issued an order denying Comcast's motion to continue the stay of this action[1] pending the Supreme Court's decision in *Facebook Inc. v. Duguid*, No. 19-511, cert. granted (U.S. July 9, 2020). *See* Stay Order, Dkt. No. 82 (August 13, 2020). The parties have conferred and are continuing to meet and confer regarding case management in light of the Stay Order and respectfully request fourteen (14) days to submit to the Court a further joint status report with a joint proposal or competing proposals for a revised case schedule (Dkt. 53).

Dated:  September 2, 2020

By:    /s/ Jennifer R. Murray
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Daniel C. Girard, *Admitted Pro Hac Vice*
Email: dgirard@girardsharp.com
Simon S. Grille, *Admitted Pro Hac Vice*
Email: sgrille@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Plaintiff and the Proposed Class

Respectfully submitted,

/s/ James C. Grant
James C. Grant
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104-1610
Tel:    206-622-3150
Fax:    206-757-7700
Email: jamesgrant@dwt.com

/s/ Seamus C. Duffy
Seamus C. Duffy (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103
Tel.:   (215) 965-1200
Fax:   (215) 965-1210
Email: sduffy@akingump.com

Marshall L. Baker (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel.:   (310) 229-1074
Fax:   (310) 229-1001
Email: mbaker@akingump.com

Attorneys for Defendant

---

[1] This action was initially stayed by Order of the Court (Leighton, J.) on April 28, 2020. *See* Dkt. No. 70. And the dates set forth in this Court's prior Minute Order Setting Pre-Certification Deadlines (Dkt. No. 53) thus became moot.

JOINT STATUS REPORT – 1

**ORDER**

**IT IS HEREBY ORDERED** that, within fourteen (14) days of this **ORDER**, the parties shall submit a Further Joint Status Report. The Further Joint Status Report shall contain either a joint proposed revised case management schedule or competing proposals for such schedule.

**IT IS SO ORDERED**.

Dated: October 2, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax