THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS LACY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:19-cv-05007-RSM<br><br>**STIPULATION AND JOINT MOTION TO EXTEND PRE-CERTIFICATION DISCOVERY DEADLINE** |

STIPULATION AND JOINT MOTION
TO EXTEND PRE-CERTIFICATION DISCOVERY DEADLINE --

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATION AND JOINT MOTION TO
EXTEND PRE-CERTIFICATION DISCOVERY DEADLINE**

Pursuant to LCR 16, Defendant Comcast Cable Communications, LLC ("Comcast") and Plaintiff Douglas Lacy ("Plaintiff"), by and through their respective counsel of record, respectfully submit this stipulation and joint motion to extend pre-certification discovery deadline as follows:

WHEREAS, immediately prior to the reassignment of this action, the Court (Leighton, J.) issued an order denying Comcast's motion to continue the stay of this action pending the Supreme Court's decision in *Facebook Inc. v. Duguid*, No. 19-511, cert. granted (U.S. July 9, 2020) (*see* Stay Order, Dkt. No. 82);

WHEREAS, following the entry of the Stay Order, the parties conferred regarding case management in light of the Stay Order;

WHEREAS, on October 16, 2020, pursuant to a stipulated order (Dkt. No. 85), the parties filed a Further Joint Status Report and Case Management Proposal (Dkt. No. 86) in which the parties jointly proposed a case management plan and pre-certification discovery and motion deadlines;

WHEREAS, on October 19, 2020, the Court approved the parties' proposed pre-certification deadlines (*see* Dkt. No. 87);

WHEREAS, following the Court's approval of the parties' proposed pre-certification deadlines, the parties continued to meet and confer regarding class certification discovery;

WHEREAS, Comcast proposed to Plaintiff a two-month extension of the pre-certification discovery deadline relating to (1) Plaintiff, (2) prerecorded voice calls, (3) prerecorded call scripts, and (4) the technology used to place all calls at issue in this case;

WHEREAS, the parties have jointly agreed to a two-month extension of the close of fact discovery relating to: (1) Plaintiff, (2) prerecorded voice calls, (3) prerecorded call scripts, and (4) the technology used to place all calls at issue in this case;

WHEREAS, the parties have agreed that they will meet and confer regarding an agreed-to production of prerecorded call records and prerecorded call scripts, and Comcast will complete any corresponding production by January 31, 2021;

STIPULATION AND JOINT MOTION
TO EXTEND PRE-CERTIFICATION DISCOVERY DEADLINE – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

WHEREAS, the parties have agreed that that they will meet and confer regarding the scope and timing of a deposition taken pursuant to Federal Rule of Civil Procedure 30(b)(6), which deposition will be taken by February 19, 2021;

WHEREAS, Comcast agrees to make best efforts to complete by or before December 31, 2020 its production of (1) its call records related to the Plaintiff; and (2) its relevant TCPA-related policies; and

WHEREAS, any deadline referenced in this stipulation may be modified by the Court upon a showing of good cause, at the Court's discretion.

NOW THEREFORE, the parties stipulate to and agree to a two-month extension of the close of fact discovery relating (1) Plaintiff, (2) prerecorded voice calls, (3) prerecorded call scripts, and (4) the technology used to place all calls at issue in this case, as follows:

| **EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Deadline to complete fact discovery relating to: (1) Plaintiff, (2) prerecorded voice calls, (3) prerecorded call scripts, and (4) the technology used to place all calls at issue in this case. | January 31, 2021 | March 31, 2021 |

STIPULATION AND JOINT MOTION
TO EXTEND PRE-CERTIFICATION DISCOVERY DEADLINE – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | Dated: November 9, 2020 | Respectfully submitted, |
| 2 | By: /s/ Jennifer Rust Murray | /s/ James C. Grant |

Dated: November 9, 2020

By:   /s/ Jennifer Rust Murray
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Daniel C. Girard, *Admitted Pro Hac Vice*
Email: dgirard@girardsharp.com
Simon S. Grille, *Admitted Pro Hac Vice*
Email: sgrille@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Plaintiff and the Proposed Class

Respectfully submitted,

/s/ James C. Grant
James C. Grant, WSBA #14358
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
Email: jamesgrant@dwt.com

/s/ Seamus C. Duffy
Seamus C. Duffy (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel.: (215) 965-1200
Fax: (215) 965-1210
Email: sduffy@akingump.com

Hyongsoon Kim (*pro hac vice* to be sought)
AKIN GUMP STRAUSS HAUER & FELD LLP
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel.: (949) 885-4100
Fax: (949) 885-4101
Email: kimh@akingump.com

Marshall L. Baker (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel.: (310) 229-1074
Fax: (310) 229-1001
Email: mbaker@akingump.com

Attorneys for Defendant
Comcast Cable Communications, LLC

## **ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**.

Dated: November 12, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND JOINT MOTION
TO EXTEND PRE-CERTIFICATION DISCOVERY DEADLINE – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax