THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS LACY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | NO. 3:19-cv-05007-RSM<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

STIPULATED DISMISSAL WITH PREJUDICE - 1
CASE NO. 3:19-CV-05007-RSM

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice, and dismissal of the putative class claims without prejudice, with each party to bear its own costs and fees.

Stipulated and respectfully submitted this 9th day of March, 2021, by:

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Jennifer Rust Murray, WSBA #36983<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ James C. Grant, WSBA #14358<br>James C. Grant, WSBA #14358<br>Email: jamesgrant@dwt.com<br>920 Fifth Avenue, Ste. 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700 |
| GIRARD SHARP LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| By:/s/ Simon S. Grille<br>Daniel C. Girard, *Admitted Pro Hac Vice*<br>Email: dgirard@girardsharp.com<br>Simon S. Grille, *Admitted Pro Hac Vice*<br>Email: sgrille@girardsharp.com<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>*Counsel for Plaintiff* | By: /s/ Seamus C. Duffy<br>Seamus C. Duffy, *Admitted Pro Hac Vice*<br>Email: sduffy@akingump.com<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 965-1200<br>Facsimile: (215) 965-1210<br><br>Marshall L. Baker, *Admitted Pro Hac Vice*<br>Email: mbaker@akingump.com<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, California 90067<br>Telephone: (310) 229-1074<br>Facsimile: (310) 229-1001<br><br>*Attorneys for Defendant*<br>*Comcast Cable Communications, LLC* |

STIPULATED DISMISSAL WITH PREJUDICE - 2
CASE NO. 3:19-CV-05007-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 9th day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL WITH PREJUDICE - 3
CASE NO. 3:19-CV-05007-RSM